UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICKY GAMBLE,<br><br>　　　　　　Petitioner,<br><br>　　v.<br><br>S. HATTON,<br><br>　　　　　　Respondent. | Case No. CV 16-07365 SJO (RAO)<br><br><br>JUDGMENT |

IT IS HEREBY ORDERED AND ADJUDGED that this action is dismissed without prejudice for the reasons set forth in the related Memorandum and Order Summarily Dismissing Successive Petition for Writ of Habeas Corpus for Lack of Jurisdiction and Denying Certificate of Appealability.

DATED: 1/26/17

　　　　　　　　　　　　　　　　　　　S. JAMES OTERO
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE